FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAURIE R. BERQUIST,<br><br>Plaintiff,<br><br>v.<br><br>LORETTA E. LYNCH, in her official capacity as Attorney General of the United States,<br><br>Defendant. | No.  2:14-CV-00295-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 4, 2017, the parties filed a stipulated dismissal, ECF No. 163. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    **1.** The parties' Stipulated Motion for Dismissal, **ECF No. 163**, is **GRANTED.**

    **2.** All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

    **3.** All pending motions are **DENIED AS MOOT.**

    **4.** All hearings and other deadlines are **STRICKEN.**

    **5.** The Clerk's Office is directed to **CLOSE** this file.

ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 5th day of January 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2